UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

BRIAN KEITH TURNER, )
)
*Plaintiff*, )
)
v. ) No.: 3:06-cv-471
) (VARLAN/GUYTON)
BLOUNT COUNTY, TENNESSEE, et al., )
)
*Defendants*. )

# O R D E R

In accordance with the accompanying Memorandum, the defendants' motion to dismiss is **GRANTED IN PART** and **DISMISSED IN PART**, as set forth in said Memorandum. In addition, Sheriff James L. Berrong, the Blount County Sheriff's Department and the John Doe defendants are **DISMISSED** as defendants. The remaining defendants should file, within twenty (20) days of the entry of this Order, their answer to the remaining claims as set forth in the accompanying Memorandum.

**E N T E R :**

                                   s/ Thomas A. Varlan
                                   UNITED STATES DISTRICT JUDGE